**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000583
15-DEC-2023
09:02 AM
Dkt. 15 OAWST**

NO. CAAP-23-00000583

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
NAINOA TAMPOS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FFC-23-0000641)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the November 22, 2023 "Stipulation for Dismissal of Appeal and Order" filed by Defendant-Appellant Nainoa Tampos, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and indicate that there are no outstanding costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the stipulation includes Tampos's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawai'i, December 15, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge